COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Patrick Dunbar Jesse v. The State of Texas

Appellate case number:    01-15-00181-CR

Trial court case number:  1370984

Trial court:              185th District Court of Harris County


Appellant, Patrick Dunbar Jesse, has filed a notice of appeal from the trial court's judgment of conviction, signed on February 12, 2015. On April 9, 2015, the trial court clerk filed the clerk's record in this appeal. The clerk's record includes a "Transcript Referral Page" that states, "Refer to the transcript, which was forwarded to the 1ST Court of Appeals on 1/6/2015 for designated material." Accordingly, we direct the Clerk of this Court to copy the clerk's record filed in this Court on January 6, 2015, in cause number 01-14-00941-CR, *Patrick Dunbar Jesse v. The State of Texas*, and file the copy in cause number 01-15-00181-CR.

It is so ORDERED.


Judge's signature:      /s/ Terry Jennings
                        ☑ Acting individually    ☐ Acting for the Court


Date:  April 23, 2015